United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL L. JACKSON, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-02772 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| UNITED AIRLINES | § | |
| INC, | § | |
| Defendant. | § | |

## ORDER

The Court is advised that the parties have settled their dispute in conference before Magistrate Judge Sam Sheldon. See Dkt 17.

All claims by Plaintiff Cheryl L. Jackson against Defendant United Airlines Inc are DISMISSED WITH PREJUDICE.

Plaintiff may move within ninety days to reinstate her claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED

Signed on July 18, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge